Dmitry Kheyfits (SBN 321326)
dkheyfits@kblit.com
KHEYFITS BELENKY LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 415-429-1739
Fax: 415-429-6347

*Counsel for Plaintiff Complex Memory LLC (additional counsel appearing on signature page)*

Jason S. Angell, Bar No. 221607
jangell@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

*Counsel for Defendant Broadcom Corporation (additional counsel appearing on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPLEX MEMORY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>        Defendant. | Case No.:  5:18-cv-07530-WHO<br><br>**JOINT MOTION TO DISMISS** |

WHEREAS, Plaintiff Complex Memory, LLC ("Plaintiff") and Defendant Broadcom Corporation ("Defendant") have resolved Plaintiff's claims for relief asserted against Defendant and Defendant's counterclaims for relief against Plaintiff in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and

1  Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and

2  with all attorneys' fees, costs of court and expenses to be borne by the party incurring same.

3  Dated:  April 15, 2019  Respectfully submitted,

    */s/ Dmitry Kheyfits*
    Dmitry Kheyfits (SBN 321326)
    dkheyfits@kblit.com
    KHEYFITS BELENKY LLP
    4 Embarcadero Center, Suite 1400
    San Francisco, CA 94111
    Tel: 415-429-1739
    Fax: 415-429-6347

    Andrey Belenky
    (*pro hac vice* to be filed)
    abelenky@kblit.com
    Hanna G. Cohen
    (*pro hac vice* application pending)
    hgcohen@kblit.com
    KHEYFITS BELENKY LLP
    1140 Avenue of the Americas, 9th Floor
    New York, NY 10036
    Tel: 212-203-5399
    Fax: 212-203-6445

    *Attorneys for Plaintiff*
    *Complex Memory LLC*


    */s/ Jason S. Angell*
    Jason S. Angell, Bar No. 221607
    jangell@hopkinscarley.com
    Christopher A. Hohn, Bar No. 271759
    chohn@hopkinscarley.com
    HOPKINS & CARLEY
    A Law Corporation
    The Letitia Building
    70 South First Street
    San Jose, CA  95113-2406

    **mailing address:**
    P.O. Box 1469
    San Jose, CA 95109-1469
    Telephone:       (408) 286-9800
    Facsimile:        (408) 998-4790

    Tyler T. VanHoutan

Joint Motion to Dismiss                      2                    Case No. 5:18-cv-07530-WHO

(*pro hac vice* application pending)
tvanhoutan@mcguirewoods.com
MCGUIREWOODS LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
Tel: (832) 214-9911
Fax: 832) 214-9924

Steven E. Adkins
(*pro hac vice* application pending)
seadkins@mcguirewoods.com
MCGUIREWOODS LLP
2001 K. Street N.W.
Suite 400
Washington, DC 20006-1040
Tel: (202) 857-1704
Fax: (202) 828-2936

*Attorneys for Defendant Broadcom Corporation*